IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 05 2020

JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

Marc J. Miller _____, Plaintiff

v.

Executive Director of CDOC,

Warden of Sterling Correctional

Facility _____,

_____, Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

## PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

A.   **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Marc J. Miller #98987 SCF #2/C PoBox6000 Sterling, Co. 80751
(Name, prisoner identification number, and complete mailing address)

N/A
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

___ Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
_X_ Convicted and sentenced state prisoner
___ Convicted and sentenced federal prisoner
___ Other: (*Please explain*) _____

B.   **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Dean Williams exect. Dir. of CDOC, 1250
(Name, job title, and complete mailing address)
Academy Park Loop Colorado Springs, Co. 80910

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes _X_ No (*check one*). Briefly explain:

_____

_____

Defendant 1 is being sued in his/her ___ individual and/or _X_ official capacity.

Defendant 2: <u>Jeff Long, Warden of Sterling Correctional</u>
(Name, job title, and complete mailing address) (22101 Hwy.61)
<u>Facility, SCF, Po Box 6000 Sterling, Co. 80751</u>

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes _X_ No (*check one*). Briefly explain:

_____

_____

Defendant 2 is being sued in his/her ___ individual and/or ___ official capacity.

Defendant 3: _____
(Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:

_____

_____

Defendant 3 is being sued in his/her ___ individual and/or ___ official capacity.

## C. JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

_X_  42 U.S.C. § 1983 (⬤state⬤) county, and municipal defendants)

___  *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

___  Other: (*please identify*) _____

3

### D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: **8th Amendment (Health and Saftey.)**

Supporting facts: During the winter months December 2019 - March of 2020 myself and other inmates were required to wait outside in early am hours 0600-0750 in very cold tempatures for needed perscription medication to be dispensed. CDOC offenders are not provided adequete clothing to be loitering awaiting and/or standing in line for periods of 25-40 minutes in tempatures of -13 degress or colder. The risk of frost bite and Hypothermia is more than great. The security or medical staff or Administrative staff have made no effort to correct this problem. The 3 step Grievanc procedure that I followed and applied provided Ø relief. I have also on various ocasions been Denied my med's for frivolous reasons such as the order of the AM Breakfast Meal and Medline being reversed, This is what happend on April 13th 2020, I proceeded to Med-lin to recieve my meds effexor that I take for Severe Deppression, I was told that I'm not geting my meds as I came "After chow". During the COVID-19 Lockdown, I suffered and was forced to tolerate unsanitary Conditions, To wit having to live in filth in the assighned 2-man cell, forced to eat and sleep in these conditions, showers only every 72 hours. Finaly, my 14th Amendment right comes under violation, right to due process, on more than 1 ocasion, I requested a Grievance and CDOC Staff failed to provide it.

D).
Additional and Aux. To   7-13-2020
Statement of Claims,
, continued Defendant Information of.
8th & 14th Amendment Issues:

1). The taking of My Antidepressants is essential to my well being, I find it very calus of CDOC Staff employed at SCF to have myself and other offenders await our Meds in Dangerous wheather for extended periods of time. Such activity is risk of life and/or limb.

2). Random gaps in taking Effexor can cause Sizures, Convulsions, and I was advised by the perscribing M.D. Not to Stop taking my Medication without consulting the M.D. As I Stated, I was Denied my Meds at the AM line on More than 1 ocasion.

3). At the Dangerous and uncertain time of the COVID-19, Being forced to remain in a cell and only be able to Shower 1x every 72 hrs, Not be provided the Cleaning Supplies of Any Kind for well over 30 days. These dirty and Unsanitary Surrounding Put all at risk of Contracting COVID-19, as well possible Staff infections etc. Finaly, My 14th Amedment right to due process, I was Not provided Grievances or Any Means of Administrative remedies during these times.

Marc D. Miller

### E.   PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? _X_ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): **Forest Heights Lodge**

Docket number and court: **2019CV82**

Claims raised: **Abuse**

Disposition: (is the case still pending? has it been dismissed?; was relief granted?) **Dismissed w/ Prejudice**

Reasons for dismissal, if dismissed: **Statue of limitations**

Result on appeal, if appealed: **Pending (State Supreme)**

### F.   ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

   _X_ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

   _X_ Yes ___ No (*check one*)

## G. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

Im asking 1st Monetary Relief of $125,000.00 US Dollars and that CDOC be required to Modify thier Methods of Dispensing Meds, other than have offender outside in Dangerous Weather.

## H. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_Mark J. Miller_
(Plaintiff's signature)

07-13-2020
(Date)

(Form Revised December 2017)

